UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT TERRELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:25-cv-1848-MTS |
| | ) |
| POST HOLDING, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on *pro se* Plaintiff Robert Terrell, III's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]; *see also* 28 U.S.C. § 1915(a)(1). After reviewing the Application, the Court will grant it. Now upon review of Plaintiff's pleading, the Court finds this action should be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). A liberal construction of the Complaint and exhibits reveals that Plaintiff failed to state a claim upon which relief can be granted. *See Solomon v. Petray*, 795 F.3d 777, 787 (8th Cir. 2015) (providing that pro se pleadings "are to be given liberal construction"); *Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004) (quoting *Dunn v. White*, 880 F.2d 1188, 1197 (10th Cir. 1989) (explaining that even for a pro se plaintiff, the court "will not supply additional facts" nor "construct a legal theory for plaintiff that assumes facts that have not been pleaded")). Plaintiff has supplied no facts whatsoever that raise a plausible inference that Defendant failed to hire him because of his race, gender, or any other protected status. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678

(2009); *White v. Steak N Shake*, 4:14-cv-0830-RWS, 2014 WL 1775482, at *1 (E.D. Mo. May 2, 2014).  For that reason, the Court will dismiss his action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Robert Terrell, III's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **GRANTED**, and for the reasons explained herein, the Court will enter an Order of Dismissal, dismissing this action without prejudice.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated this 11th day of February 2026.

                                            MATTHEW T. SCHELP
                                            UNITED STATES DISTRICT JUDGE